ORIGINAL

FILED
2006 SEP 13 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

1  ALAN K. BRUBAKER, ESQ./BAR NO. 070298
   WINGERT GREBING BRUBAKER & GOODWIN LLP
2  One America Plaza, Seventh Floor
   600 West Broadway
3  San Diego, CA 92101-3370
   (619) 232-8151
4  (619) 232-4665 FAX

5  Attorneys for Defendant INTRINSIX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAKE GLOBAL, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MOBIAPPS, INC., a Texas corporation; INTRINSIX, INC., a Massachusetts corporation; DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 06 CIV 1574 LAB JMA<br><br>STIPULATION REGARDING INTRINSIX, INC.'S RESPONSE DATE AND ORDER THEREON<br><br>Complaint Filed:    August 27, 2006 |

This Stipulation is made by and between the Plaintiff in this action, by and through its undersigned counsel of record, John E. Andrews, Esq. of the firm of Blecher & Collins, P.C., and Defendant Intrinsix, Inc., by and through its counsel of record, Alan K. Brubaker, Esq. of the firm of Wingert Grebing Brubaker & Goodwin LLP, as follows:

///

///

///

///

1

STIPULATION REGARDING RESPONSE DATE AND ORDER THEREON
Case No. 06 CIV 1574 H JMA

1  The parties agree that the date for filing a responsive pleading on behalf of Defendant
2  Intrinsix, Inc. shall be September 12, 2006.

3  **IT IS SO STIPULATED:**

5  Dated: September 5, 2006          BLECHER & COLLINS, P.C.

7                                    By: *John E. Andrews* (JP)
8                                        John E. Andrews
                                         Attorneys for Plaintiff, QUAKE GLOBAL, INC.

10 Dated: September 5, 2006          WINGERT GREBING BRUBAKER & GOODWIN LLP

12                                   By: *A. B. Brubaker*
13                                       Alan K. Brubaker
                                         Attorneys for Defendant INTRINSIX, INC.

15                                        **ORDER**

16  Good cause appearing therefor, *due to delay in response to tender*
17  *of defense* — IT IS ORDERED that Defendant Intrinsix, Inc.'s responsive pleading shall be filed on or
18  before September 12, 2006.                **IT IS SO ORDERED.**

20  Dated: 9-12-06                    *Larry A. Burns*
                                      Judge of the United States District Court

2

STIPULATION REGARDING RESPONSE DATE AND ORDER THEREON
Case No. 06 CIV 1574 H JMA