# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAKE GLOBAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOBIAPPS, INC., a Texas corporation; INTRINSIX, INC., a Massachusetts corporation; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 06CV1574-LAB (JMA)<br><br>[Related Case No. 06cv1745-LAB (JMA)]<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Dkt No. 15] |

The parties herein jointly move to dismiss this matter as redundant of a related case and to proceed with the litigation solely in Related Case No. 06cv1745-LAB(JMA). Accordingly, **IT IS HEREBY ORDERED** Case No. 06cv1574-LAB(JMA) is **DISMISSED** in its entirety, with the parties' disputes to be resolved through proceedings solely in Case No. 06cv1745-LAB(JMA).

**IT IS SO ORDERED**.

DATED: January 22, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -

06CV1574